02-11-562-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND DISTRICT OF
 TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00562-CR

 

 


 
 
 GAIL MARIE SPARKS
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

Appellant Gail Marie Sparks attempts
to appeal from her conviction, pursuant to a plea bargain, of fraudulent use or
possession of identifying information.  The trial court’s certification of her right
to appeal states that this “is a plea-bargained case and the defendant has NO
right of appeal,” and “the defendant has waived the right of appeal.”

On December 20, 2011, this court
notified appellant about the statements on the trial court’s certification and
informed her that unless she or any party desiring to continue the appeal filed
with the court, on or before December 30, 2011, a response showing grounds for
continuing the appeal, the appeal may be dismissed.  See Tex. R. App. P.
25.2(a)(2), (d), 44.3.  We have received no response.  Therefore, we dismiss
the appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

                                                                             PER
CURIAM

 

 

PANEL:  MCCOY, MEIER, and GABRIEL,
JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  January 26, 2012









[1]See
Tex. R. App. P. 47.4.